# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:12-CV-799-RJC-DCK

| | | |
|---|---|---|
| **KRAIG SCOTT TEELING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LIBERTY MUTUAL GROUP, INC. and** | ) | |
| **LIBERTY MUTUAL INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by Douglas A. Rubel, concerning Robert M. Wood on March 26, 2013.  Mr. Wood seeks to appear as counsel *pro hac vice* for Defendants Liberty Mutual Group, Inc. and Liberty Mutual Insurance Company.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is **GRANTED**.  Mr. Wood is hereby admitted *pro hac vice* to represent Defendants Liberty Mutual Group, Inc. and Liberty Mutual Insurance Company.

**SO ORDERED**.

Signed: March 26, 2013

David C. Keesler
United States Magistrate Judge