IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-799-RJC-DCK

| KRAIG SCOTT TEELING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LIBERTY MUTUAL GROUP, INC. and LIBERTY MUTUAL INSURANCE COMPANY, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by Douglas A. Rubel, concerning Robert M. Wood on March 26, 2013. Mr. Wood seeks to appear as counsel *pro hac vice* for Defendants Liberty Mutual Group, Inc. and Liberty Mutual Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is **GRANTED**. Mr. Wood is hereby admitted *pro hac vice* to represent Defendants Liberty Mutual Group, Inc. and Liberty Mutual Insurance Company.

**SO ORDERED**.

Signed: March 26, 2013

David C. Keesler
United States Magistrate Judge